■ In the Matter of STUART MELTZER, Petitioner, v ROBERT ROSS, as Justice of the Supreme Court of the State of New York, et al., Respondents. [853 NYS2d 901]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought (*see People v Rodriguez,* 95 NY2d 497, 501-502 [2000]). Rivera, J.P., Skelos, Santucci and Leventhal, JJ., concur.